ACCEPTED
15-25-00020-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/6/2025 4:40 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00020-CV**

# In the Court of Appeals
# for the Fifteenth Judicial District
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/6/2025 4:40:35 PM
CHRISTOPHER A. PRINE
Clerk

STORABLE, INC.; REDNOVA LABS, INC. (D/B/A STOREDGE; SITELINK
SOFTWARE, LLC; EASY STORAGE SOLUTIONS, LLC; BADER CO.; AND
PROPERTY FIRST GROUP, LP,
*Appellants,*

*V.*

SAFELEASE INSURANCE SERVICES, LLC,
*Appellee.*

*On Appeal from the*
*Third Division of the Texas Business Court*

## UNOPPOSED MOTION TO SEAL BRIEF FOR APPELLEE

JUDD E. STONE II
 State Bar No. 24076720
CHRISTOPHER D. HILTON
MICHAEL R. ABRAMS
CODY C. COLL
ALEXANDER M. DVORSCAK
**STONE HILTON PLLC**
600 Congress Ave., Suite 2350
Austin, Texas 78701
judd@stonehilton.com
(737) 465-7248

*Counsel for Appellee*

TO THE HONORABLE COURT OF APPEALS:

Plaintiff-Appellee SafeLease Insurance Services, LLC respectfully moves the Court for leave to file its Brief in Response under Seal, pursuant to Texas Rule of Appellate Procedure 9.2(c), Texas Rule of Civil Procedure 76a, and the Business Court's permanent sealing order, entered on April 14, 2025 ("Order"). A redacted version of the brief has been electronically filed on the docket, and an unredacted version has been delivered to the Clerk of Court via thumb drive. Appellants do not oppose the relief requested herein.

The Business Court sealed enumerated exhibits and portions of testimony offered at the temporary injunction hearing because it found they contained "confidential, trade-secret, or personally identifiable information in which there is a specific, serious, and substantial interest that clearly outweighs the presumption of openness and any probable adverse effect upon the general public health or safety." Order at 2. The Business Court further found that there was "no less restrictive means" to "protect the specific interest asserted." *Id*. The court therefore sealed the enumerated portions of the record under Texas Rule of Civil Procedure 76a and pursuant to its earlier Protective Order and

1

Temporary Sealing Order, which designated that information "Outside Counsel's Eyes Only." *See* CSR.009-19.

Thus, those portions of the record, including portions discussed and quoted in Appellee's Brief, are subject to a court order restricting access, and cannot be filed electronically. TEX. R. APP. P. 9.2(c)(3). A redacted version of the Brief in Response has been electronically filed.

A party seeking to seal a court record must show that it has a "serious, specific, and substantial interest" in keeping information confidential, and that the interest outweighs the presumption of openness. *HouseCanary, Inc. v. Title Source, Inc.*, 622 S.W.3d 245, 259 (Tex. 2021). The movant must also show its interest in confidentiality outweighs any "adverse effect" on "general public health or safety." *Id.* All elements are met here.

This Court should maintain the Business Court's seal over the designated portions of the record and permit SafeLease to file its Brief under seal because they contain confidential and trade-secret information. Release of that information would harm SafeLease's competitive advantage and its ability to leverage its proprietary business information. As the redacted Brief shows, the sealed information is

2

minimal relative to the length of the briefing, the size of the record, and the value of the case. Nevertheless, the confidentiality of the information is essential.

SafeLease has a serious interest in protecting information about its financial status, its customer relationships, and its relationships with third parties with whom it does business. Revealing this information will inhibit SafeLease's ability to conduct its business and to compete in the market. Moreover, disclosure will impact SafeLease's business partners and affiliates, as well as its customers. SafeLease should not have to reveal proprietary information and its business playbook in this case, nor should SafeLease's customers have their business relationships and information revealed.

SafeLease took a narrow approach below, seeking only to protect small portions of the record, and it continues that approach here, seeking only to seal a few lines of its Brief. No other less restrictive means will protect the narrow category of information SafeLease seeks to permanently redact from its Brief in Response. Further, the information SafeLease seeks to seal has no bearing on public health or safety.

This motion is unopposed.

## CONCLUSION AND PRAYER

Appellee respectfully requests that the Court grant leave to file its Brief in Response under seal.

Respectfully submitted.

June 6, 2025

/s/ *Judd E. Stone II*
Judd E. Stone II
Christopher D. Hilton
Michael R. Abrams
Cody C. Coll
Alexander M. Dvorscak
**STONE HILTON PLLC**
600 Congress Ave.
Suite 2350
Austin, Texas 78701
judd@stonehilton.com
(737) 465-7248

*Counsel for Appellee*

## CERTIFICATE OF SERVICE

On June 6, 2025, this document was electronically filed and served on all counsel.

/s/ *Cody C. Coll*
Cody C. Coll

## CERTIFICATE OF CONFERENCE

On June 6, 2025, I conferred with Justin Bernstein, appellate counsel for Appellants, via email. Counsel stated the relief requested herein is unopposed.

/s/ *Cody C. Coll*
Cody C. Coll

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Rosalinda Luna on behalf of Judd Stone
Bar No. 24076720
rosie@stonehilton.com
Envelope ID: 101739872
Filing Code Description: Motion
Filing Description: Unopposed Motion to Seal Brief for Appellee
Status as of 6/6/2025 5:03 PM CST

Associated Case Party: SafeLease Insurance Services, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Delonda Dean | | ddean@yettercoleman.com | 6/6/2025 4:40:35 PM | SENT |
| Yetter Coleman | | efile@yettercoleman.com | 6/6/2025 4:40:35 PM | SENT |
| Cody Coll | | cody@stonehilton.com | 6/6/2025 4:40:35 PM | SENT |
| Courtney Smith | | csmith@yettercoleman.com | 6/6/2025 4:40:35 PM | SENT |
| Luke A.Schamel | | lschamel@yettercoleman.com | 6/6/2025 4:40:35 PM | SENT |
| Christopher Hilton | | chris@stonehilton.com | 6/6/2025 4:40:35 PM | SENT |
| Judd Stone | | Judd@stonehilton.com | 6/6/2025 4:40:35 PM | SENT |
| Alyssa Smith | | asmith@yettercoleman.com | 6/6/2025 4:40:35 PM | SENT |
| Bonnie Chester | | bonnie@stonehilton.com | 6/6/2025 4:40:35 PM | SENT |
| Alexander Dvorscak | | alex@stonehilton.com | 6/6/2025 4:40:35 PM | SENT |
| Shannon Smith | | ssmith@yettercoleman.com | 6/6/2025 4:40:35 PM | SENT |
| R. Paul Yetter | | pyetter@yettercoleman.com | 6/6/2025 4:40:35 PM | SENT |
| Susanna R.Allen | | sallen@yettercoleman.com | 6/6/2025 4:40:35 PM | SENT |
| Rosalinda Luna | | rosie@stonehilton.com | 6/6/2025 4:40:35 PM | SENT |

Associated Case Party: Storable, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Dale Wainwright | | dale.wainwright@gtlaw.com | 6/6/2025 4:40:35 PM | SENT |
| Justin Bernstein | | bernsteinju@gtlaw.com | 6/6/2025 4:40:35 PM | SENT |
| Ray Torgerson | | rtorgerson@porterhedges.com | 6/6/2025 4:40:35 PM | SENT |
| Carolyn Reed | | creed@porterhedges.com | 6/6/2025 4:40:35 PM | SENT |
| Jonna Summers | | jsummers@porterhedges.com | 6/6/2025 4:40:35 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Rosalinda Luna on behalf of Judd Stone
Bar No. 24076720
rosie@stonehilton.com
Envelope ID: 101739872
Filing Code Description: Motion
Filing Description: Unopposed Motion to Seal Brief for Appellee
Status as of 6/6/2025 5:03 PM CST

Associated Case Party: Storable, Inc.

| Jonna Summers | | jsummers@porterhedges.com | 6/6/2025 4:40:35 PM | SENT |
|---|---|---|---|---|
| Lakshmi Kumar | | lkumar@porterhedges.com | 6/6/2025 4:40:35 PM | SENT |
| Dolores Brunelle | | dbrunelle@porterhedges.com | 6/6/2025 4:40:35 PM | SENT |
| Liza Eoff | | leoff@porterhedges.com | 6/6/2025 4:40:35 PM | SENT |
| Neil KentonAlexander | | kalexander@porterhedges.com | 6/6/2025 4:40:35 PM | SENT |
| Cathy Hodges | | catherine.hodges@aporter.com | 6/6/2025 4:40:35 PM | SENT |